

CP–67–CR–0007173–2012
CP–67–CR–0008156–2012
(York)
Affirmed—Application to Withdraw as Counsel Granted

**RICE, K.**

v.

**BOLLINGER, J.**

**397 MDA 2016**

Superior Court of Pennsylvania.

4/26/2017

Reargument Denied 7/6/2017

2013–08539
(Luzerne)
Affirmed

**SCHRINER, M. & R.**

v.

**ONE BEACON INSURANCE COMPANY**

**852 MDA 2016**

Superior Court of Pennsylvania.

04/26/2017

Reargument Denied 7/10/2017

2015–CV–2735
(Dauphin)
Affirmed/Reversed

**SCHRINER M. & R.**

v.

**SCHAFFHAUSER, O.**

**853 MDA 2016**

Superior Court of Pennsylvania.

04/26/2017

2004–CV–5200 (Dauphin)

Reversed

**IN RE: ESTATE OF J.J. BREZOVSKY**

**1665 MDA 2016**

Superior Court of Pennsylvania.

04/26/2017

4016–1335
(Luzerne)
Affirmed

**COM.**

v.

**SPONSLER, K.**

**208 WDA 2016**

Superior Court of Pennsylvania.

04/26/2017

CP–07–CR–0000935–2015
CP–07–CR–0000941–2015
(Blair)
Affirmed

